JOHN J. MAHON, ADMINISTRATOR *v.* TIMOTHY C. HEIM
ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in Tolland County is dismissed.

*Paul B. Groobert,* for the appellant (plaintiff).

No appearance by counsel for the appellees (defendants).

Argued March 6—decided March 6, 1973

WILLIAM BATES III ET AL. *v.* HUGH C. WHITTLE

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*John T. Cummiskey, Jr.,* for the appellees (plaintiffs).

*Francis J. Carling,* for the appellant (defendant).

Argued March 6—decided March 6, 1973

THE BRONSON AND TOWNSEND COMPANY *v.* RICHARD BATTISTONI

The defendant's motion to dismiss the appeal from the Court of Common Pleas in New Haven County is denied.

*Jonathan F. Ells,* for the appellee (defendant).

*David A. Reif,* for the appellant (plaintiff).

Argued March 6—decided March 6, 1973